**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Jason Lee Harris,

        Petitioner,

v.

Ryan Thornell, et al.,

        Respondents.

No. CV-25-00548-TUC-JGZ (MSA)

**ORDER**

In light of Petitioner's Notice of Voluntary Dismissal of Petition for a Writ of Habeas Corpus (Doc. 28) pursuant to Fed. R. Civ. P. 41(a)(2),[1]

**IT IS ORDERED** that this matter is **dismissed without prejudice**. The Clerk of Court is directed to close this matter.

Dated this 7th day of April, 2026.

_____
Jennifer G. Zipps
Chief United States District Judge

---

[1] Although Respondents filed a Limited Answer to the Petition (Doc. 25), they do not object to the Court dismissing these proceedings without prejudice. (Doc. 30 at 4.)